## De Lizardi et al. *v.* Blanchard.

THIS case was remanded to the Commercial Court to be tried, on the application of either party, by a special jury of merchants. There was no decision on any question presented by the case.

*L. Janin,* for the plaintiffs. *W. S. Upton,* for the appellant.